*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                    519045
_____

In the Matter of ROY GRAY,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

COMMISSIONER OF DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION,
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Peters, P.J., Lahtinen, Rose and Egan Jr., JJ.

                    _____


        Roy Gray, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review two determinations of the Superintendent of Shawangunk
Correctional Facility which found petitioner guilty of violating
certain prison disciplinary rules.

        Determinations confirmed.  No opinion.

        Peters, P.J., Lahtinen, Rose and Egan Jr., JJ., concur.

ADJUDGED that the determinations are confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court